STATE of Missouri, Respondent,

v.

James TATRO, Appellant.

No. WD 54072.

Missouri Court of Appeals,
Western District.

April 28, 1998.

Gary E. Brotherton, Asst. Public Defender, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for Respondent.

Before LAURA DENVIR STITH, P.J., and HANNA and RIEDERER, JJ.

## ORDER

PER CURIAM.

James Tatro, the defendant, was convicted after a jury trial of one count of felony sodomy (§ 566.060, RSMo 1994) and two counts of first degree statutory sodomy (§ 566.062, RSMo 1994). The defendant was sentenced as a prior and persistent offender to three consecutive terms of life imprisonment. On appeal, he requests review of two points under plain error pursuant to Rule 30.20. The judgment of the trial court is affirmed. Rule 30.25(b).